IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ELANDRIA HORTON**                                                                 **PLAINTIFF**

v.                           NO. 4:24-cv-00105-JM

**MARTIN O'MALLEY, Commissioner**                                   **DEFENDANT**
**of the Social Security Administration**

JUDGMENT

Pursuant to the Order entered this day, judgment is entered for plaintiff Elandria Horton.

IT IS SO ORDERED this 17th day of June, 2024.

_____
UNITED STATES DISTRICT JUDGE